| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Callaway, Henry A. | U.S. Bankruptcy Court for the Southern District of Alabama | 04/04/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
201 St. Louis St.
Mobile, AL 36602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board | Mobile Area Council BSA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Hand Arendall LLC 401(k) -- participated in former employer's 401(k) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 04/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | McElhaney State Farm Agency, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alabama State Bar Bankruptcy Section | June 7-10, 2018 | Destin, FL | seminar | Travel, lodging and food |
| 2. | American Bankruptcy Institute | July 26-29, 2018 | Amelia Island, FL | seminar | Travel, lodging and food |
| 3. | Northern District of Florida Bankruptcy Section | Sept 27-28, 2018 | Panama City, FL | seminar | Travel, lodging and food |
| 4. | University of Alabama | November 15-16, 2018 | Birmingham, AL | seminar | Travel, lodging and food |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ServisFirst Bank accounts | A | Interest | J | T | | | | | |
| 2. 401k ACCOUNT #1 (H) | | | | | | | | | |
| 3. State Farm Associates Balanced Fund (STFBX) | | None | K | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. Vanguard Wellington Fund (VWELX) | B | Dividend | K | T | | | | | |
| 6. Hand Arendall LLC Retirement Plan and Trust (H) | | | | | | | | | |
| 7. Vanguard Federal Money Market (VMFXX) (Y) | | | | | | | | | |
| 8. Vanguard Dividend Growth Investor CL (VDIGX) | C | Dividend | | | Sold (part) | 01/29/18 | K | | |
| 9. | | | | | Sold | 04/26/18 | N | | |
| 10. Vanguard Short Term Investment Grade Admiral CL (VFSUX) | B | Dividend | | | Buy (add'l) | 01/29/18 | J | | |
| 11. | | | | | Sold | 04/27/18 | M | | |
| 12. Vanguard Healthcare Admiral CL (VGHAX) | C | Dividend | | | Sold (part) | 01/29/18 | J | | |
| 13. | | | | | Sold | 04/26/18 | M | | |
| 14. Vanguard High Yield Corp Admiral CL (VWEAX) | C | Dividend | | | Sold | 04/26/18 | M | | |
| 15. Vanguard Intl Growth Admiral CL (VWILX) | | None | | | Sold (part) | 01/29/18 | K | | |
| 16. | | | | | Sold | 04/26/18 | M | | |
| 17. Primecap Odyssey Aggressive Growth (POAGX) | | None | | | Sold (part) | 01/29/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 04/26/18 | N | | |
| 19. Vanguard S&P MidCap 400 Index ETF (IVOO) | A | Dividend | | | Sold (part) | 01/29/18 | J | | |
| 20. | | | | | Sold | 04/26/18 | M | | |
| 21. Vanguard S&P MidCap 400 Value ETF (IVOV) | | None | | | Sold (part) | 01/29/18 | J | | |
| 22. | | | | | Sold | 04/26/18 | M | | |
| 23. Vanguard Emerging Markets Index Admiral CL (VEMAX) | A | Dividend | | | Sold (part) | 01/29/18 | J | | |
| 24. | | | | | Sold | 04/26/18 | K | | |
| 25. IRA #2 (H) | | | | | | | | | |
| 26. Vanguard Federal Money Market Fund (cash sweep) (VMFXX) (Y) | | | | | Open | 02/06/18 | K | | |
| 27. Vanguard Dividend Apprec Index Adm Cl (VDADX) | D | Dividend | N | T | Buy | 05/23/18 | N | | |
| 28. Vanguard Short Term Invest Grade Adm (VFSUX) | C | Dividend | N | T | Buy | 05/23/18 | M | | |
| 29. | | | | | Sold (part) | 08/03/18 | L | | |
| 30. Vanguard Healthcare Adm (VGHAX) | D | Dividend | M | T | Buy | 05/23/18 | M | | |
| 31. Vanguard Target Retirement 2025 (VTTVX) | B | Dividend | K | T | Sold (part) | 01/08/18 | K | | |
| 32. | | | | | Buy (add'l) | 02/16/18 | M | | |
| 33. | | | | | Sold (part) | 02/17/18 | K | | |
| 34. | | | | | Sold (part) | 03/09/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/09/18 | K | | |
| 36. | | | | | Sold (part) | 04/23/18 | J | | |
| 37. | | | | | Buy (add'l) | 05/03/18 | P1 | | |
| 38. | | | | | Sold (part) | 05/23/18 | P1 | | |
| 39. | | | | | Sold (part) | 06/06/18 | L | | |
| 40. Vanguard High Yield Corp Adm (VWEAX) | C | Dividend | M | T | Buy | 05/23/18 | M | | |
| 41. Vanguard Intl Growth Adm Cl (VWILX) | D | Dividend | M | T | Buy | 05/23/18 | M | | |
| 42. Prime Cap Odyssey Aggressive Growth (POAGX) | E | Dividend | N | T | Buy | 04/24/18 | J | | |
| 43. | | | | | Buy (add'l) | 05/24/18 | N | | |
| 44. Vanguard S&P Mid Cap 400 Index ETF (IVOO) | B | Dividend | M | T | Buy | 05/24/18 | M | | |
| 45. Vanguard S&P Mid Cap 400 Value ETF (IVOV) | B | Dividend | M | T | Buy | 05/24/18 | M | | |
| 46. Vanguard Emerg Mkts Stock Index Adm (VEMAX) | A | Dividend | | | Buy | 05/23/18 | L | | |
| 47. | | | | | Sold | 08/03/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 04/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1: Terminated in 2018.

Part VII, line 26: Following a reportable transaction, this asset became unreportable without a corresponding reportable transaction.

Part VII, line 31: This holding was transferred between accounts without a reportable transaction; see 2017, line 5.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry A. Callaway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544